1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   FRANCISCO LEDESMA,                ) **No. LA CV 16-01350-VBF-FFM**
                                        )
12                    Plaintiff,        ) **ORDER**
          v.                            )
13                                      ) Adopting the Report and Recommendation:
     DR. LAUREL (Nurse Practitioner),   ) **Dismissing the Action Without Prejudice;**
14   DR. WEEKS (Medical Manager),       )
     DR. ESTRADA (Medical Supervisor), ) Directing Entry of Separate Judgment;
15   and SST Officer Wright, each in his )
     official and individual capacities, ) Terminating and Closing the Case (**JS-6**)
16                                      )
                                        )
17                    Defendants.       )
                                        )
18   ——————————————————————————         )

19

20          Pursuant to 28 U.S.C. § 636, the Court has reviewed the civil-rights complaint

21   (CM/ECF Document ("Doc") 1), the Answer filed by defendant "SST Officer Wright" (Doc

22   23), the Answer filed by defendants Laurel and Weeks and Estrada (Doc 24), the summary-

23   judgment motion filed by defendants Laurel and Weeks and Estrada on May 26, 2017 (Doc

24   51) and supporting declarations (Docs 51-1 through 51-7), defendant Wright's notice

25   joining in the summary-judgment motion (Doc 53), defendants' June 21, 2017 notice

26   observing that plaintiff failed to file a response to the summary-judgment motion (Doc 55),

27   the Report and Recommendation ("R&R") issued by the United States Magistrate Judge

28   on Jun 23, 2017 (Doc 56), and the notices showing that the R&R and the accompanying

     Notice of Filing of R&R (Doc 57) were returned from plaintiff's address of record.

Plaintiff has not filed objections to the R&R, nor has he sought an extension of the objection deadline, updated his address, or communicated with the Court in any other way since the R&R issued. Finding no error of law, fact, or logic in the R&R, the Court will adopt the Magistrate Judge's findings and conclusions and implement his recommendations.

## ORDER

Pursuant to this Court's inherent authority and its authority under Federal Rule of Civil Procedure 41 and Central District of California ("C.D. Cal.") Local Civil Rule ("LCivR") 41-1, this action is **DISMISSED without prejudice** due to plaintiff's lack of prosecution (including his failure to timely update his address as required by C.D. Cal. LCivR 5-4.8.1 and LCivR 83-2.4).

Judgment will be entered consistent with this Order. As required by Fed. R. Civ. P. 58(a), judgment will be entered as a separate document.

This case shall be **TERMINATED** and closed (**JS-6**).

IT IS SO ORDERED.

Dated: November 20, 2017

VALERIE BAKER FAIRBANK
Senior United States District Judge