JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO LEDESMA, | **No. LA CV 16-01350-VBF-FFM** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DR. LAUREL (Nurse Practitioner), DR. WEEKS (Medical Manager), DR. ESTRADA (Medical Supervisor), SST OFFICER WRIGHT (Control Booth Officer), | |
| Defendants. | |

Pursuant to the Order Dismissing the Action for Lack of Prosecution, IT IS ADJUDGED this action is dismissed without prejudice.

Dated: November 20, 2017

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge